# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Whispering Winds Properties, LLC |
| **Case Number:** | 2:08-bk-15620-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 06, 2009 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matter:*

TRUSTEE'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY & PERSONAL PROPERTY OF THE ESTATE FREE & CLEAR OF LIENS, CLAIMS & INTERESTS   (15 W. 53RD ST., UNIT 18F, NEW YORK, NY)

**R / M #:** 253 / 0

## *Appearances:*

THEODORE P. WITTHOFT, ATTORNEY FOR MAUREEN GAUGHAN

## *Proceedings:*

Mr. Witthoft informed the Court that this matter has been properly noticed and no objections have been filed.  He indicated that he will be asking for a hearing after the October 22, 2009 sale.

COURT:  THERE BEING NO OBJECTIONS, IT IS ORDERED GRANTING APPROVAL OF THE SALE.  THE COURT WILL SIGN A FORM OF ORDER WHEN UPLOADED.

IT IS FURTHER ORDERED SETTING A BACKUP HEARING ON OCTOBER 26, 2009 AT 1:30 P.M.