IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: October 15, 2009



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar Id No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2210
Phoenix, Arizona 85004-0022
Telephone (602) 252-1900
Facsimile (602) 252-1114
dcollins@cmpbglaw.com
twitthoft@cmpbglaw.com

Attorneys for Maureen Gaughan, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WHISPERING WINDS PROPERTIES, LLC, and DAN WISE,<br><br>Debtors. | **Proceedings under Chapter 7**<br><br>**Case No. 2:08-bk-15620-RJH**<br>**2:08-bk-15625-RJH**<br><br>**(Jointly Administered)**<br><br>**ORDER APPROVING TRUSTEE'S MOTION AND SUPPLEMENTAL MOTION FOR AUTHORITY TO SELL REAL PROPERTY AND PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, PURSUANT TO 11 U.S.C. § 363** |

This matter having been brought before the Court on the *Motion for Authority to Sell Real Property and Personal Property of the Estate Free and Clear of Liens, Claims and Interests, Pursuant to 11 U.S.C. § 363* ("Motion") and *Trustee's Supplement to the Motion for Authority to Sell Real Property and Personal Property of the Estate Free and Clear of Liens, Claims and Interests, Pursuant to 11 U.S.C. § 363* ("Supplemental Motion") filed by the Chapter 7 Trustee, Maureen Gaughan ("Trustee"); the Motion and Supplemental Motion having

been properly noticed to all parties-in-interest as evidenced by the certificate of mailing on file with the Court; the Court having held a hearing on the Motion and Supplemental Motion on October 6, 2009 ("Hearing"); there having been no timely objection to the Motion or Supplemental Motion filed with the Court and no opposition to the Motion or Supplemental Motion at the Hearing; and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. The Motion and Supplemental Motion are approved in their entirety;

B. The Trustee is authorized to conduct the auction sale ("Auction Sale") of the condominium unit located at 15 W. 53rd St, Unit 18F, New York, NY 10019 and personal property located therein on October 22, 2009 at 7:00 pm (New York Time) with the assistance of Richard Maltz and David R. Maltz & Co.;

C. The Auction Sale shall occur at The Millennium Broadway Hotel, 145 West 44th Street, New York, NY;

D. The successful bid at the Auction Sale is subject to approval by the Trustee and the Bankruptcy Court; and

E. This Court will hold a hearing on October 26, 2009 at 1:30 pm (Arizona Time) to determine whether the successful bidder's offer will be approved.

**SIGNED AND DATED ABOVE**