Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar Id No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: twitthoft@cmpbglaw.com

Attorneys for Chapter 7 Trustee, Maureen Gaughan

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WHISPERING WINDS PROPERTIES, LLC,<br>and DAN WISE,<br><br>Debtors. | **Chapter 7**<br><br>**No. 2:08-bk-15620-RJH**<br><br>**NOTICE OF LODGING PROPOSED ORDER FOR RULE 2004 EXAMINATION OF NORTHERN TRUST, NA**<br><br>**(Document request only)** |

NOTICE IS HEREBY GIVEN, pursuant to Local Bankruptcy Rule 9022-1(b), that the chapter 7 trustee, Maureen Gaughan ("Trustee"), has lodged with the Court her form of Order for Rule 2004 Examination of Northern Trust NA ("Order"). The form of Order is attached hereto as Exhibit "A" and incorporated herein by this reference.

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Theodore P. Witthoft        (#021632)
Theodore P. Witthoft
Attorneys for the Chapter 7 Trustee,
Maureen Gaughan

| | |
|---|---|
| 1 | Daniel P. Collins (State Bar Id No. 009055) |
| 2 | Theodore P. Witthoft (State Bar Id No. 021632) |
| | **COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.** |
| 3 | 201 North Central Avenue, 22nd Floor |
| | Phoenix, Arizona 85004-0608 |
| 4 | Telephone: (602) 252-1900 |
| 5 | Facsimile: (602) 252-1114 |
| | Email: twitthoft@cmpbglaw.com |
| 6 | |
| 7 | Attorneys for Chapter 7 Trustee, Maureen Gaughan |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| WHISPERING WINDS PROPERTIES, LLC | ) | **No. 2:08-bk-15620-RJH** |
| and DAN WISE, | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | **ORDER FOR** |
| | ) | **RULE 2004 EXAMINATION** |
| | ) | **OF NORTHERN TRUST, NA** |
| | ) | |
| | ) | **(Document request only)** |

The Court having considered the Trustee's motion ("Motion") for an order for Northern Trust, NA ("Northern Trust") to deliver certain documents ("Documents") as described in Exhibit "A" to the Motion, pursuant to the Bankruptcy Rule 2004, the Documents pertaining to matters which affect the administration of this estate; and good cause appearing therefor; it is

ORDERED that Northern Trust shall deliver the Documents, pursuant to Bankruptcy Rule 2004 to the offices of:

Theodore P. Witthoft
COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C. ("CMPBG")
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608

/ / /

EXHIBIT A

| | |
|---|---|
| 1 | on a date and time mutually agreeable to the parties or, if upon notice, after not less than 20 |
| 2 | days' notice. |
| 3 | **DATED AND SIGNED ABOVE** |

2