Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar Id No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: dcollins@cmpbglaw.com
Email: twitthoft@cmpbglaw.com

Attorneys for Chapter 7 Trustee, Maureen Gaughan

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | **Chapter 7** |
|---|---|
| WHISPERING WINDS PROPERTIES, LLC and DAN WISE, | **No. 2:08-bk-15620-RJH** <br> **No. 2:08-bk-15635-RJH** <br><br> **(Jointly Administered)** |
| Debtors. | **NOTICE OF JOINT MOTION FOR ORDER AUTHORIZING TRUSTEE TO DISBURSE FUNDS TO MARY S. HANNAH** |

PLEASE TAKE NOTICE that the Chapter 7 Trustee Maureen Gaughan ("Trustee"), by and through her attorneys, Collins, May, Potenza, Baran & Gillespie, P.C. and Mary S. Hannah, by and through her attorneys, Tiffany & Bosco, P.A., filed a *Joint Motion for Order Authorizing Trustee to Disburse Funds to Mary S. Hannah* ("Joint Motion").

In summary, the Chapter 7 Trustee has concluded that certain funds sent to Dan Wise's business address in the amount of $114,328.65 are not property of the estate. Instead, those funds belong to Mary S. Hannah as proceeds from an insurance claim made by Ms. Hannah. Accordingly, the Trustee seeks authority through the Joint Motion to issue said funds to Mary S. Hannah.

If no objections are received within 20 days of this notice, the Court may grant the Joint Motion and issue an order approving the Joint Motion without a hearing. Any party objecting to said Joint Motion shall do so in writing and file the objection with the Clerk of the Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706, and simultaneously mail a copy of the objection to trustee's counsel, Theodore P. Witthoft, Collins, May, Potenza, Baran & Gillespie, P.C., 201 North Central Avenue, 22nd Floor, Phoenix, Arizona 85004. If any objection is filed and served, a hearing will be scheduled and the objecting party notified of such hearing.

Respectfully submitted this 28th day of January, 2010.

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Theodore P. Witthoft/Bar No. 021632
    Daniel P. Collins
    Theodore P. Witthoft
    Attorneys for Maureen Gaughan, Trustee