Daniel P. Collins (State Bar Id No. 009055)
Theodore P. Witthoft (State Bar Id No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Floor.
Phoenix, Arizona 85004-0608
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: dcollins@cmpbglaw.com
Email: twitthoft@cmpbglaw.com

Attorneys for Trustee, Maureen Gaughan

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>WHISPERING WINDS PROPERTIES, LLC and DAN WISE,<br><br>        Debtors. | **Proceedings under Chapter 7**<br><br>**No. 2:08-bk-15620-RJH**<br>**No. 2:08-bk-15625-RJH**<br>**(Jointly Administered)**<br><br>**TRUSTEE'S CASE STATUS NOTICE** |

NOTICE IS HEREBY GIVEN by the Chapter 7 trustee, Maureen Gaughan ("Trustee"), by and through her attorneys, Collins, May, Potenza, Baran & Gillespie, P.C. ("CMPBG"), of the following case status report to the creditors and interested parties of the estate:

**A.  BACKGROUND**

1. On November 3, 2008 ("Petition Date"), involuntary Chapter 7 bankruptcy petitions were filed against Whispering Winds Properties, LLC and Dan Wise ("Debtor") at case numbers 2:08-bk-15620-RJH and 2:08-bk-15625-RJH, respectively.

2. On December 2, 2008, the Court entered its Order directing that the bankruptcy cases be jointly administered.

3. On February 11, 2009, the petitioning creditors filed an Emergency Motion to Appoint Interim Trustee.

4. On February 24, 2009, the Court entered the Orders for Relief for the Debtors. On that date, Maureen Gaughan was appointed Chapter 7 Trustee for Whispering Winds Properties, LLC and the Debtor's bankruptcy cases.

**B.   ASSET DISPOSITION**

The Trustee has liquidated certain assets of the estate. Those assets include: (1) the Debtor's New York Condominium; (2) the estate's interest in Debtor's Desert Mountain Resort Golf Club membership; (3) the Debtor's business and personal items located in Flagstaff and Scottsdale; (4) the estate's interest in a note; and (5) the Debtor's Phoenix Suns tickets.

The sale of the New York Condominium was approved by order of this Court on November, 19, 2009 at docket number ("DN") 289. The sale closed in early January 2010. After payment of the undisputed lien encumbering the property and payment for the commission, closing fees and costs and the attorneys' fees and costs for the estate's New York special counsel, the Trustee received approximately $400,950.18 in sale proceeds ("Condominium Sale Proceeds"). A report of sale of the New York Condominium is on file with the Court at DN 313.

This Court approved the sale and/or assignment of the Debtor's interest in his Desert Mountain Golf Club Membership on January 4, 2010 at DN 311. The Trustee received $10,000 for the sale/assignment of the golf membership.

After payment of the commissions and costs associated with the sale of Debtor's business and personal items located in Flagstaff and Scottsdale, the Trustee received approximately $29,280.35. A report of sale is on file with this Court at DN 276.

The Court authorized the Trustee to sell the estate's interest in a note executed by Gregory Young ("Young Note") on May 28, 2009 at DN 214. The Trustee received $5,000 from the sale of the Young Note.

The Trustee received approximately $8,251.50 for the sale of Debtor's Phoenix Suns Tickets.

## C. MARKETING RIGHTS

The estate has an interest in the marketing rights to the name and image of boxing legend Roberto Duran. To date, the Trustee has received $18,500 from the estate's interest in the marketing rights.

## D. DISCHARGE LITIGATION

On May 27, 2009, the Trustee initiated an adversary proceeding against the Debtor to deny his discharge at adversary number 2:09-ap-00579-RJH. The Court entered default judgment against the Debtor on July 27, 2009 denying his discharge.

## E. NEW YORK CONDOMINIUM LIEN LITIGATION

On September 4, 2009, the Trustee initiated an adversary proceeding to avoid the competing interests in the proceeds from the sale of the New York Condominium at case number 2:09-ap-01144-RJH. Default Judgments have been entered against Defendant William E. McKenna ("McKenna") on November 02, 2009 and against Defendants Cynthia Wise and Debtor on November 16, 2009. As to the remaining defendant Merchants T&F, Inc. ("Merchants"), the Court entered it Memorandum Decision avoiding the asserted lien of Merchants on May 6, 2010. Merchants filed a notice of appeal of the Court's decision to the Ninth Circuit Bankruptcy Appellate Panel.

## F. SALON FUNDS

The estate holds an interest in Debtor's partnership interest in an investment fund commonly referred to as Salon Funds. On April 20, 2009, the Trustee filed an adversary complaint against SALON MANAGEMENT, LP; SALON ASSET MANAGEMENT; SALON ASSET MANAGEMENT, LP; SALON CAPITAL, LLC; ARDENNE CAPITAL, LLC; SALON GP, LLC; ARDENNES, LLC; ARDENNES MANAGEMENT, LP (collectively, "Salon") and McKenna to, among other things, have the estate's interest in the Salon Funds (or the value therefrom) turn over to the Trustee. The Bankruptcy Court Clerk has entered default against Salon and McKenna and the Court has approved that a Default Judgment may be entered against McKenna. The Trustee is in the process of obtaining more information from Salon regarding the investment fund to assist in a future sale of said interest. One of

the estate's alleged creditors, Gil Peled, asserts a secured interest in the Debtor's interest in the Salon Funds. The issues concerning the Salon Funds are currently unresolved.

**G.     CYNTHIA WISE LITIGATION**

On August 11, 2009, the Trustee filed an adversary complaint against Cynthia Wise for a determination that certain jewelry secured by the Scottsdale Police Department was property of this bankruptcy estate. The adversary is pending at case number 2:09-ap-00924-RJH. The Trustee currently has possession of the jewelry at issue. The issues set forth in the adversary complaint are currently unresolved and the Court has set a pretrial status hearing for July 19, 2010.

**H.     FORENSIC ACCOUNTANTS/FUTURE LITIGATION**

On May 4, 2009, the Court approved the Trustee's application to employ the forensic accounting firm Simon Consulting, LLC's ("SC"). SC has analyzed books, records, bank statements, correspondence, deposition transcripts and other documents concerning the Debtor and Whispering Winds Properties, LLC, LM Beagle Properties, LLC, Karlena, Inc., Axis International, Inc., Jerilou, Inc., J.U.S.T.Y., Inc., 14 Casa Associates, LLC; Three Jay's, LLC, Wildlife Properties, LLC; Wilan Holdings, LLC, Folden Holdings, LLC, DKW Properties, LLC, Two Soles Holdings, LLC, East Central Park Holdings, LLC, DRL Promotions, LLC, Santa Barbara Management, LLC, Tarise Holdings, LLC, and Compadre, LLC (collectively, the "Entities"). SC has analyzed the banking transactions of over 50 accounts held by Debtor or his Entities in several banks to analyze the "investment" transactions between Debtor and his Entities, on the one hand, and Debtor's "investors" on the other hand. SC anticipates having a completed analysis for the Trustee on or before June 30, 2010. The analysis will assist the Trustee in anticipated future litigation whereby the Trustee will seek to recover from the "winner" investors the transfers that are avoidable under the Bankruptcy Code, State and/or Federal law and bring said transfers back into the estate to the be disbursed to the creditors.

**I.     SUBSTANTIVE CONSOLIDATION**

On May 7, 2010, the Trustee filed her *Motion for Substantive Consolidation Nunc Pro Tunc to the Petition Date, Including the Substantive Consolidation of Non-Debtor Entities, Pursuant to 11*

*U.S.C. § 105(a)* ("Motion"). Through the Motion, the Trustee seeks to accomplish the substantive consolidation of Whispering Winds Properties, LLC and Debtor's Entities into the Debtor's bankruptcy estate. The Motion is currently pending.

**J.  FURTHER INFORMATION**

This notice is for general information purposes only. This notice is not meant to be a comprehensive report of all issues that the Trustee has addressed in this case. Simply, this notice is being provided to the creditors and parties in interest as a general summary and any party wanting further information regarding this bankruptcy case should review the docket and pleadings filed with the Court. Further information may be obtained from Trustee's counsel:

> Daniel P. Collins
> Theodore P. Witthoft
> Collins, May, Potenza, Baran & Gillespie, P.C.
> 201 North Central Avenue, 22nd Floor
> Phoenix, Arizona 85004
> Telephone:  (602) 252-1900
> Facsimile:  (602) 252-1114
> Email:  dcollins@cmpbglaw.com
> Email:  twitthoft@cmpbglaw.com

RESPECTFULLY SUBMITTED this 18th day of May, 2010.

> COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.
>
> By /s/ Theodore P. Witthoft           #021632
>   Daniel P. Collins
>   Theodore P. Witthoft
>   Attorneys for Trustee, Maureen Gaughan