4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re | Chapter 7 |
|---|---|
| WHISPERING WINDS PROPERTIES LLC and WISE, DAN | |
| | Case Number 08-15620-PHX-MCW 08-15625-PHX-MCW |
| Debtor (s) | (Jointly Consolidated) |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to __Ed Friedman__, in the amount of $__1,543.18__ and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to __Ed Friedman__.

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.


*Signature required*


FILED
MAY 18 2015
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | | |
|---|---|---|
| WHISPERING WINDS PROPERTIES LLC and WISE, DAN | Case Number: | 08-15620-PHX-MCW |
| | Chapter: 7 | 08-15625-PHX-MCW (Jointly Consolidated) |
| Debtor(s) | | |

NOTICE OF SERVICE

Notice is hereby given that on ___5/11/15___, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _Edward Friedman_
**Signature Required**